**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRAVIS S. SWEIGART, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 5:21-cv-00922-EGS |
| v. | : | |
| VOYAGER TRUCKING CORP., KEVIN J. PATTEN, BLUE & GREEN TRUCKING & HAIR, LLC, KEVIN J. PATTEN d/b/a BLUE & GREEN TRUCKING & HAIR, LLC | : : : : : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S PROPOSED VERDICT SHEET

**QUESTION 1**

Was defendant Kevin J. Patten negligent?

YES  _____        NO  _____

If your answer to Question 1 is "Yes", go to Question 2. If your answer to Question 1 is "No," Mr. Sweigart cannot recover, and you should not answer any further questions. Please tell the court officer you have reached a verdict.

**QUESTION 2**

Was the negligence of Kevin J. Patten a factual cause of any harm to plaintiff Travis S. Sweigart?

YES  _____        NO  _____

If your answer Question 2 is "Yes," go to Question 3.  If your answer to Question 2 is "No," Mr. Sweigart cannot recover, and you should not answer any further questions. Please tell the court officer you have reached a verdict.

**QUESTION 3**

Was plaintiff Travis S. Sweigart negligent?

YES     _____          NO     _____

If your answer Question 3 is "Yes," go to Question 4.  If your answer to Question 3 is "No", go to Question 5.

**QUESTION 4**

Was the negligence of plaintiff Travis S. Sweigart a factual cause of any harm to himself?

YES     _____          NO     _____

Go to Question 5.

**QUESTION 5**

Taking the combined negligence that was a factual cause of any harm to the plaintiff as 100 percent, what percentage of that negligence do you attribute to each party?

| | |
|---|---|
| Kevin J. Patten: | _____% |
| Travis S. Sweigart<br>(Answer only if you have<br>answered "Yes" to Questions<br>3 <u>and</u> 4 for Mr. Sweigart) | _____% |
| | Total:        100% |

If you have found Mr. Sweigart's percentage is greater than 50 percent, Mr. Sweigart cannot recover, and you should not answer any other questions. Please tell the court officer you have reached a verdict.

If you have found Mr. Sweigart's percentage is 50 percent or less, go to Question 6.

**QUESTION 6**

Itemize the amount of damages sustained by Mr. Sweigart as a result of this collision, without regard to and without reduction by the percentage, if any, that you have attributed to Mr. Sweigart.

      (a) Past medical expenses                                $ _____

      (b) Future medical expenses                             $ _____

      (c) Past, present, and future pain and suffering, embarrassment and humiliation, and loss of enjoyment of life                               $ _____

      (d) Disfigurement                                                    $_____

                                                                   Total:  $_____

Advise the court officer that you have reached a verdict.

                                                                  _____
                                                                  FOREPERSON

Date: