IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRAVIS S. SWEIGART** | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| **VOYAGER TRUCKING CORP., Et al.** | : | NO. 21-922 |

# CIVIL JUDGMENT

AND NOW, this 3rd day of November 2022, in accordance with the verdict of the jury, IT IS ORDERED that Judgment is entered in favor of the plaintiff.

BY THE COURT:

ATTEST: /s/ Jennifer J. Fitzko
*Deputy Clerk*

Civ 1 (4/21)